UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KERRY LYNN REITZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | NO.  CV-11-302 -CI<br><br>**JUDGMENT IN A<br>　CIVIL CASE** |

**DECISION BY THE COURT:**

This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**.  This matter is remanded to the Commissioner for additional proceedings pursuant to 42 U.S.C. § 405(g).  Defendant's Motion for Summary Judgment is **DENIED** and Judgment is entered for Plaintiff.

DATED: April 16, 2013

　　　　　　　　　　　　　　　　　　　　SEAN McAVOY
　　　　　　　　　　　　　　　　　　　　District Court Executive/Clerk

　　　　　　　　　　　　　　　　　　　　s/ L. Stejskal
　　　　　　　　　　　　　　　　　　　　Deputy Clerk